UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**ATLANTIC WINDOW CLEANING, INC.**,

Plaintiff,

v.                                                          Case No.:   22-cv-60409

Division:   03

**RACHEL EULER** and **SABRINA'S ATLANTIC WINDOW CLEANING AND PRESSURE CLEANING**; **SH SERVICE'S OF BROWARD COUNTY, INC.**; **ATLANTIC WINDOW CLEANING AND PRESSURE CLEANING, INC.**; **SABRINA'S GULF COAST WINDOW CLEANING AND PRESSURE CLEANING**; and **GULF COAST WINDOW CLEANING AND PRESSURE CLEANING, INC.**,

Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, Rachel Euler, Sabrina's Atlantic Window Cleaning and Pressure Cleaning, SH Services of Broward County, Inc., Atlantic Window Cleaning and Pressure Cleaning, Inc., Sabrina's Gulf Coast Window Cleaning and Pressure Cleaning, Gulf Coast Window Cleaning and Pressure Cleaning, Inc (collectively, "Defendants") by counsel, hereby discloses the following persons who have an interest in the outcome of the case:

1. Atlantic Window Cleaning, Inc. – Plaintiff
2. Frank Sweeney– Owner of Atlantic Window Cleaning, Inc.
3. Adria M. Jensen, Esq. – Counsel for Plaintiff

4. Shumaker, Loop & Kendrick, LLP – Counsel for Plaintiff

5. Sabrina's Atlantic Window Cleaning and Pressure Cleaning – Defendant

6. SH Services of Broward County, Inc.- Defendant

7. Atlantic Window Cleaning and Pressure Cleaning, Inc.-Defendant

8. Sabrina's Gulf Coast Window Cleaning and Pressure Cleaning-Defendant

9. Gulf Coast Window Cleaning and Pressure Cleaning, Inc-Defendant

10. Jesse I. Unruh, Esq. – Counsel for Defendant

11. Alyssa Castelli, Esq. – Counsel for Defendant

12. Spire Law, LLC – Counsel for Defendant

Dated this 30th day of March, 2022

Respectfully submitted,

SPIRE LAW, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By:  /s/Jesse I. Unruh
Jesse I. Unruh, Esq.
Florida Bar No. 93121
/s/ Alyssa Castelli
Alyssa Castelli, Esq.
Florida Bar No. 1032306
jesse@spirelawfirm.com
alyssa@spirelawfirm.com
sarah@spirelawfirm.com
laura@spirelawfirm.com
filings@spirelawfirm.com
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby Certify that on this 30th day of March 2022, the foregoing was electronically filed with the Clerk of Court by using the Florida Courts E-filing Portal which will send a notice of

electronic filing to: Adria M. Jensen, Esq. Shumaker, Loop & Kendrick, LLP. 240 South Pineapple Avenue Post Office Box 49948 Sarasota, Florida 34240.

/s/Jesse Unruh
Attorney