IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

ATLANTIC WINDOW CLEANING, INC.

      Plaintiff,

v.                                                                                    Case No.: 22-60409-CIV-SMITH

RACHEL EULER, et al.

      Defendant.

_____

**<u>ORDER GRANTING JOINT MOTION FOR CONFIDENTIALITY ORDER</u>**

The Court has reviewed the Parties' Joint Motion for Confidentiality Order and the proposed Confidentiality Order filed on September 13, 2022. Upon due consideration, it is ORDERED and ADJUGED as follows:

1. The Parties' Joint Motion for Confidentiality Order is **GRANTED**.

2. The Confidentiality Order, attached as Exhibit 1 to the Parties' Motion, shall govern the disclosure of information and documents in this matter.

IT IS SO ORDERED on this _____ day of September 2022.

                                                       _____
                                                       THE HONORABLE RODNEY SMITH
                                                       UNITED STATES DISTRICT JUDGE