**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF FLORIDA**

**ATLANTIC WINDOW CLEANING, INC.**

**Plaintiff,**

**v.**                                                    **Case No.:  22-60409-CIV-SMITH**

**RACHEL EULER, et al.**

**Defendants.**

_____

**ORDER GRANTING AGREED MOTION TO EXTEND EXPERT DEADLINES**

The Court has reviewed Plaintiff's Agreed Motion to Extend Expert Deadlines filed on

October 7, 2022.  Upon due consideration, it is ORDERED and ADJUGED as follows:

1. Plaintiff's Agreed Motion to Extend Expert Deadlines is **GRANTED**.

2. The new deadlines are as follows:

   - Plaintiff shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by: 10/14/22
   - Defendants shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by: 11/11/22
   - Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by: 12/5/22

IT IS SO ORDERED on this _____ day of October 2022.

_____
THE HONORABLE RODNEY SMITH
UNITED STATES DISTRICT JUDGE