UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**ATLANTIC WINDOW CLEANING, INC.**

    **Plaintiff,**

v.                                  CASE NO. 22-60409-CIV-SMITH

**RACHEL EULER, et al.**

    **Defendants.**
_____/

## AMENDED NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the mediation set to take place on November 9, 2022 has been rescheduled to 10:00 a.m. on December 12, 2022 at Orange County Bar Association, 880 N. Orange Ave., Orlando, FL 32801.

Dated: October 21, 2022                Respectfully submitted,

                                              SHUMAKER, LOOP & KENDRICK, LLP

                                              /s/ Mindi M. Richter
                                              Mindi M. Richter
                                              Florida Bar No. 044827
                                              101 East Kennedy Boulevard, Suite 2800
                                              Tampa, Florida 33602
                                              Telephone No.: (813) 229-7600
                                              Facsimile No.:  (813) 229-1660
                                              mrichter@shumaker.com (primary)
                                              ldyer@shumaker.com (secondary)

> Adria M. Jensen, Esq.
> Florida Bar No. 110690
> 240 South Pineapple Avenue
> Post Office Box 49948
> Sarasota, Florida 34230-6948
> Telephone No.: (941) 366-6660
> Facsimile No.: (941) 366-3999
> ajensen@shumaker.com (primary)
> hbohen@shumaker.com (secondary)
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide notice to all attorneys of record.

> /s/ Mindi M. Richter
> Attorney