**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**ATLANTIC WINDOW CLEANING, INC.**

      **Plaintiff,**

**v.**                      **CASE NO. 22-60409-CIV-SMITH**

**RACHEL EULER, et al.**

      **Defendants.**

_____/

**PLAINTIFF'S NOTICE REGARDING PRECLUSION OF REPLY**

Plaintiff Atlantic Window Cleaning, Inc. hereby gives notice that:

1.      On October 21, 2022, Plaintiff filed a *Motion to Compel Responses to Discovery* [Doc 28] in this matter, seeking an order compelling Defendant, Rachel Euler, to produce certain documents.  Defendant filed a *Response In Opposition to Plaintiff's Motion to Compel Discovery* [Doc 29] on 10/28; to which Plaintiff was entitled to reply, within ten (10) days, on or before November 4, 2022.

2.      Defendant Euler has filed a *Suggestion of Bankruptcy* [Doc 31] in this matter.  As a result of the automatic bankruptcy stay, Plaintiff is precluded from filing the Reply it would have otherwise filed on this date.

3.      If and when such stay is lifted, Plaintiff reserves its right and requests the ability to file the Reply.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 4th day of November 2022, via the E-Portal which will electronically serve a copy to:

**SERVICE LIST**

| | |
|---|---|
| **Jamie L. White, Esq.**<br>**Alyssa Castelli, Esq.**<br>SPIRE LAW, LLC<br>2572 W. State Road 426, Suite 2088<br>Oviedo, FL  32765<br>jamie@spirelawfirm.com<br>alyssa@spirelawfirm.com<br>marcela@spirelawfirm.com<br>filings@spirelawfirm.com | |

SHUMAKER, LOOP & KENDRICK, LLP
By.:  s/ *Adria M. Jensen*
Adria M. Jensen, Esq.
Florida Bar No. 110690
240 South Pineapple Avenue
Post Office Box 49948
Sarasota, Florida 34230-6948
Telephone No.: (941) 366-6660
Facsimile No.: (941) 366-3999
ajensen@shumaker.com (primary)
rpeters@shumaker.com (primary)
hbohen@shumaker.com (secondary)
aschaffer@shumaker.com (secondary)
*Attorneys for Plaintiff*

Mindi M. Richter
Florida Bar No. 044827
101 East Kennedy Boulevard, Suite 2800
Tampa, Florida 33602
Telephone No.: (813) 229-7600
Facsimile No.:  (813) 229-1660
mrichter@shumaker.com (primary)
ldyer@shumaker.com (secondary)