UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**ATLANTIC WINDOW CLEANING, INC.**

    **Plaintiff,**

v.                                           CASE NO. 22-60409-CIV-SMITH

**RACHEL EULER, et al.**

    **Defendants.**
_____/

## NOTICE OF CANCELLATION MEDIATION

PLEASE TAKE NOTICE that the mediation set to take place in this matter on December 12, 2022 at Orange County Bar Association, 880 N. Orange Ave., Orlando, FL 32801, HAS BEEN CANCELLED.

Dated: November 17, 2022         Respectfully submitted,

                                            SHUMAKER, LOOP & KENDRICK, LLP

                                            /s/ Adria M. Jensen
                                            Adria M. Jensen, Esq.
                                            Florida Bar No. 110690
                                            240 South Pineapple Avenue
                                            Post Office Box 49948
                                            Sarasota, Florida 34230-6948
                                            Telephone No.: (941) 366-6660
                                            Facsimile No.: (941) 366-3999
                                            ajensen@shumaker.com (primary)
                                            hbohen@shumaker.com (secondary)

Mindi M. Richter  
Florida Bar No. 044827  
101 East Kennedy Boulevard, Suite 2800  
Tampa, Florida 33602  
Telephone No.: (813) 229-7600  
Facsimile No.: (813) 229-1660  
mrichter@shumaker.com (primary)  
ldyer@shumaker.com (secondary)  
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide notice to all attorneys of record.

/s/ Adria M. Jensen  
Attorney