UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60409-CIV-SMITH

ATLANTIC WINDOW
CLEANING, INC.,

    Plaintiff,

vs.

RACHEL EULER, *et al.*,

    Defendants.
_____/

### ORDER STAYING CASE AS TO RACHEL EULER AND SABRINA'S ATLANTIC WINDOW CLEANING AND PRESSURE WASHING, INC.

This cause is before the Court on Defendants Rachel Euler and Sabrina's Atlantic Window Cleaning and Pressure Washing, Inc.'s Suggestion of Bankruptcy ("Defendants") [DE 31], indicating that Defendants have filed Chapter 11. Upon consideration, it is

ORDERED THAT:

1. The case is **STAYED** as to Defendants Rachel Euler and Sabrina's Atlantic Window Cleaning and Pressure Washing, Inc. only.

2. By **March 16, 2023** and every 4 months thereafter, Defendants Rachel Euler and Sabrina's Atlantic Window Cleaning and Pressure Washing, Inc., shall file a status report regarding the status of the bankruptcy proceedings.

DONE AND ORDERED in Fort Lauderdale, Florida this 17th day of November 2022.

                                                                 RODNEY SMITH
                                                                 UNITED STATES DISTRICT JUDGE

cc: Counsel of Record