# IN UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF FLORIDA

**ATLANTIC WINDOW CLEANING, INC,**

    **Plaintiff,**

vs.                                                         **Case No.: 22-60409-CIV-SMITH**

**RACHEL EULER, et al,**

    **Defendants.**

_____/

## SECOND STATUS REPORT REGARDING BANKRUPTCY PROCEEDINGS

    Per this Court's Order Staying Case as to Rachel Euler and Sabrina's Atlantic Window Cleaning and Pressure Washing, Inc. (Doc. 35), this Second Status Report serves to provide this Court with the status of the bankruptcy proceedings.

    The Bankruptcy of Sabrina's Atlantic Window Cleaning and Pressure Cleaning, LLC is the lead case, and the matter of Rachel Ann Euler is being jointly administered. The bankruptcies were settled at the settlement conference held on June 26, 2023. A settlement agreement is in process. As of the date of filing this Report, the bankruptcy cases remain pending, and the automatic stay remains in effect.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served on counsel for Plaintiff via the electronic filing portal on July 17, 2023.

                              Respectfully submitted,

        */s/ Jamie L. White*
        Jamie L. White, Esq.
        Bar No.: 100018
        Spire Law, PLLC
        2572 West State Road 426, Suite 2088
        Oviedo, FL 32765
        Telephone: 407-494-1035
        Email: Jamie@spirelawfirm.com; filings@spirelawfirm.com
                  marcela@spirelawfirm.com; alyssa@spirelawfirm.com