UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-60409-CIV-SMITH

ATLANTIC WINDOW
CLEANING, INC.,

    Plaintiff,

v.

RACHEL EULER, *et al.*,

    Defendants.

_____/

**REVISED ORDER SETTING CIVIL TRIAL DATE AND CALENDAR CALL**

    **THIS CAUSE** is set for **trial** during the Court's two-week trial calendar beginning on **August 29, 2023**. If the case cannot be tried during the aforementioned two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on August 22, 2023**. **All other deadlines remain unchanged.**

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of August 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  Counsel of record